■ In the Matter of DAMIEN M., a Child Alleged to be Neglected. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KIMBERLY D., Appellant. (Appeal No. 2.) [60 NYS3d 919]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered November 2, 2015 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondent had neglected the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Kaylee D. (Kimberly D.)* ([appeal No. 1] 154 AD3d 1343 [2017]). Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Winslow, JJ.